UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE FRANCES SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATE GOVERNMENT, *et al.*,<br><br>　　　　Defendants. | NO. CV-09-0032-RHW<br><br>**ORDER OF DISMISSAL** |

Magistrate Judge Imbrogno previously directed the Plaintiff in the above-captioned matter to proffer the full filing fee, show cause why prepayment would be inappropriate, or submit a properly completed Application to Proceed Without Prepayment of Fees and Affidavit, within thirty (30) days of the order (Ct. Rec. 2). The deadline to respond to the order passed on March 4, 2009, and Plaintiff has taken no action of record since that date.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned matter is **dismissed without prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff, and **close the file.**

**DATED** this 28th day of October, 2010

　　　　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　United States District Judge

Q:\CIVIL\2009\Sullivan.dismiss.ord.wpd

**ORDER OF DISMISSAL \* 1**